UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOLLY CASHIOLA, | ) | CASE NO. 5:19-cv-922 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| | ) | |
| FRANCOIS RISHA, d/b/a FRANCOIS RISHA, | ) | |
| | ) | |
| DEFENDANT. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, the claims in plaintiff's complaint are dismissed with prejudice and this case is closed.

**IT IS SO ORDERED**.

Dated: December 5, 2019

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**